Joseph A. Rosin, of Chicago, for appellant.

Canel & Canel, of Chicago, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MAURICE MITCHELL, Defendant-Appellant.

(No. 58490;

First District (3rd Division)—January 10, 1974.

PER CURIAM.
MEJDA, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Edwin R. McCullough, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STANTON HOGGS, Defendant-Appellant.

(No. 58495;

First District (3rd Division)—January 10, 1974.